EZRA, Chief District Judge,
partially concurring and partially dissenting:
This complaint of misconduct is a complex and difficult one that it is exacerbated by the unproven, and as far as I can discern from the record unfounded, insinuation of licentious conduct on the part of the District Judge with respect to his dealings with Ms. Canter. With respect to those allegations of personal misconduct I join with both the majority and Judge Winmill’s dissent and would affirm the Chief Judge’s dismissal of that portion of the complaint as well as the allegations surrounding the so called letter.
However, in my view the record is insufficient with regard to the remainder of the complaint and I therefore regretfully cannot join the majority in affirming the Chief Judge’s disposition of the remaining allegations. I would remand to the Chief Judge for further proceedings in order to allow the record to be more fully devel *1183 oped with respect to the bankruptcy stay ordered by the District Judge and the District Judge’s motivation behind it.
I wish to make it clear that by this partial dissent I am not suggesting a finding of misconduct should be made. It is my view that given the serious nature of the allegations and the points made by both the majority and the two dissents that further fact finding with appropriate input from those implicated needs to be undertaken before a conclusion either way can be reached under our standard of review.